

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## FLORENCE DIVISION

| | | |
|---|---|---|
| JAMIE GOSS, | § | |
| Petitioner, | § | |
| | § | |
| vs. | § | |
| | § | Civil Action No. 4:25-cv-13928 |
| WARDEN, *Trenton Correctional Institution*, | § | |
| Respondent. | § | |

---

### ORDER ADOPTING REPORT AND RECOMMENDATION
### AND DISMISSING PETITIONER'S SECTION 2254 PETITION

---

Petitioner Jamie Goss filed this petition for a writ of habeas corpus under 28 U.S.C. § 2254. He is currently incarcerated by the State of South Carolina following his conviction for trafficking cocaine base.

The matter is before the Court for review of the Report and Recommendation (the Report) of the United States Magistrate Judge suggesting to the Court the petition be dismissed. The Report was made in accordance with 28 U.S.C. § 636 and Local Civil Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261, 270 (1976). The Court is charged with making a de novo determination of those portions of the Report to which specific objection is made, and the Court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. 28 U.S.C. § 636(b)(1).

1

The Magistrate Judge filed the Report on January 22, 2026.  Petitioner filed objections to the Report on February 9, 2026.

The Magistrate Judge recommends summarily dismissing the petition because it is successive.  Report at 2-3.  This Court previously granted summary judgment against Goss on a prior § 2254 petition in 2014.  Then, in 2019, this Court dismissed another § 2254 petition as successive.  Successive petitions are prohibited as explained in the Report, which will be incorporated herein.  Goss has failed to raise any specific objection to this conclusion, nor has he indicated he sought and received permission to file this successive petition under 28 U.S.C. § 2244(b)(3)(A).  The objections Goss does raise are unrelated to the bar on successive petitions, and they are therefore meritless and unworthy of discussion.  They will be overruled, and the petition will be dismissed.

After a thorough review of the Report and the record in this case pursuant to the standard set forth above, the Court overrules Goss's objections, adopts the Report, and incorporates it herein.  Therefore, Goss's petition for a writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE**.

To the extent Goss seeks a certificate of appealability, that request is **DENIED**, too.

**IT IS SO ORDERED.**

Signed this 29th day of July 2026, in Columbia, South Carolina.

s/ Mary Geiger Lewis
MARY GEIGER LEWIS
UNITED STATES DISTRICT JUDGE

\*\*\*\*\*

**NOTICE OF RIGHT TO APPEAL**

Goss is hereby notified of his right to appeal this Order within thirty days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.